UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| CHARLES V. UPSHUR-BEY, | ) | |
| Petitioner, | ) ) | |
| | ) | Civil No. 15-49-ART |
| v. | ) ) | |
| MICHAEL SEPANEK, *Warden*, | ) | **JUDGMENT** |
| Respondent. | ) ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered on this date, it is hereby **ORDERED** and **ADJUDGED** that:

(1)   Charles Upshur-Bey's original and amended petitions for a writ of habeas corpus under 28 U.S.C. § 2241, R. 1; R. 11, are **DENIED**.

(2)   This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 22nd day of February, 2017.



Signed By:
*Amul R. Thapar*   AT
United States District Judge